**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      David John Diaz v. State of Texas.

Appellate case number:   01-19-00026-CR

Trial court case number:  D-1-DC-17-900125

Trial court:                      427th District Court of Travis County

On November 21, 2019, we abated this case for the trial court to orally pronounce sentence in appellant's presence.  On December 13, 2019 and January 8, 2020, the district clerk filed a supplemental reporter's record and a supplemental clerk's record which show that the trial court complied with our order.  The parties have already filed briefs and the appellate record has been filed in this Court.  Accordingly, we **REINSTATE** this case on the Court's active docket.  The case will be set for submission at the earliest practicable time.


It is so ORDERED.


Judge's signature:  /s/ Sherry Radack
                         ☒ Acting individually    ☐ Acting for the Court


Date:     January 14, 2020